**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

---

MEHULSINH JILUJI CHAUHAN
    *Petitioner*


        v.

SCOTT LADWIG, in his official capacity as Acting
Field Office Director of the New Orleans Field Office
of U.S. Immigration and Customs Enforcement,
Enforcement and Removal Operations;

Warden, Winn Correctional Center, in their official
capacity;

TODD LYONS, in his official capacity as Acting
Director and Senior Official Performing the Duties of
the Director of U.S. Immigration and Customs
Enforcement;

KRISTI NOEM, in her official capacity as Secretary of
the Department of Homeland Security; and


        *Respondents.*

Case No. 1:26-cv-00171

---

## ORDER

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 2];

IT IS HEREBY ORDERED that the motion is GRANTED, and, accordingly,

Veronica Cardenas is admitted to the bar of this Court pro hac vice on behalf of Petitioner in

the above-captioned action. Applicant has declared that she is a member in good standing of

the bar of the state of New Jersey; and that her contact information is as follows:

Applicant's Name:    Veronica Cardenas
Firm Name:        Cardenas Immigration Law
Address:           2 Arnot St., Ste 6, Unit 122, Lodi, NJ 07644
Telephone:       201-470-4549

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED at Lake Charles, Louisiana, this 26th day of January, 2026.

_____
THOMAS P. LEBLANC
United States Magistrate Judge

-2-